**Order entered September 14, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00072-CV

### GBENGA EMANUEL OWOYE, Appellant

### V.

### OMOWUMI OWOYE, Appellee

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-1697**

## ORDER

Before the Court is appellee's September 2, 2021 motion to set this case for submission. By letter dated September 13, 2021, the Court notified the parties that the case has been set for submission. Accordingly, we **DENY** the motion as moot.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE